UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANITA RACHVELISHVILI,

                              Plaintiff,           25 Civ. No. 2561 (AS)

          -against-           **PRE-SETTLEMENT
CONFERENCE ORDER**

METROPOLITAN OPERA
ASSOCIATION INC., *et al.,*

                              Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **Friday, August 15, 2025 at 12:00 p.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 539 612 40#.**

      **SO ORDERED.**

DATED:    New York, New York
              July 25, 2025

                                                             _____
                                                The Honorable Gary Stein
                                                United States Magistrate Judge